IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| CAROL WILKERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 605-106 |
| | ) |
| BULLOCH COUNTY SHERIFF'S | ) |
| DEPARTMENT et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Plaintiff's complaint is **DISMISSED** and judgment is **ENTERED** in favor of defendants.[1]

SO ORDERED this /2 day of April, 2006.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiff's motion for appointment of counsel, Doc. 10, is **DENIED** as moot.